Mary Weaver, Respondent, v. William E. Scripture, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Mae Reibsome, Respondent, v. Dominick Lucidi and Another, Appellants, Impleaded with Robert Mettler, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

John H. O'Brien, Appellant, v. Edgar G. Murphy, Jr., Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

John W. Letzin, Respondent, v. Charles Laspeso and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Joseph Piasecki, as Administrator, etc., of . Sophia Piasecki, etc., Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment and order affirmed, with costs, on the authority of *Mutual Life Ins. Co.* v. *Hurni Packing Co.* (263 U. S. 167). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Ray V. Lindow, Respondent, v. Guiseppe Baio and Others, Defendants. Impleaded with George Rung, Appellant.— Judgment so far as appealed from affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Claim of Frank Raymond, Respondent, against the Estate of Andrew Davis, Deceased, Appellant.— Appeal from order of May 22, 1925, dismissed, without costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ. [See *ante,* p. 846.]

In the Matter of the Application of the Board of Supervisors of the County of Chautauqua, Respondent, for the Appointment of Commissioners to Ascertain the Compensation to Be Made to the Owners of Certain Lands in the Town of Ripley, County of Chautauqua, etc. Frank J. Nixon and Another, Appellants. — Order reversed, with costs, report of commissioners reinstated, and motion to confirm same granted, with costs, together with an additional allowance of five per cent upon the amount awarded, upon the ground that the commissioners in making the award did not allow any damages for the closing of Royce road; that they based their finding upon legal elements of damage only; and that in the absence of apparent injustice, obvious misapprehension of material fact or of legal principle, or clear indication of prejudice or passion, the finding should not be disturbed. (*Matter of Grade Crossing Comrs., Nos. 120 & 125,* 210 App. Div. 328, 338; affd., 240 N. Y. 612.) All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Ten Eyck O. Burleson, Appellant, v. Melvin G. Bundy, Respondent.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Axel Olson, Respondent, v. Nicholas Vessa, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.